Fernando O. PEREYRA–SAAVEDRA,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 10–72919.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 13, 2013.

Fernando O. Pereyra–Saavedra, Van
Nuys, CA, pro se.

Stefanie N. Hennes, Kristofer Ryan Mc-
Donald, Esquire, U.S. Department of Jus-
tice, Washington, DC, Chief Counsel Ice,
Office of the Chief Counsel, Department of
Homeland Security, San Francisco, CA,
for Respondent.

Before: FERNANDEZ, TASHIMA,
and WARDLAW, Circuit Judges.

MEMORANDUM **

Fernando O. Pereyra–Saavedra, a native
and citizen of Bolivia, petitions pro se for
review of the Board of Immigration Ap-
peals' order dismissing his appeal from the
decision of an immigration judge ("IJ")
denying Pereyra–Saavedra's application
for cancellation of removal. Our jurisdic-
tion is governed by 8 U.S.C. § 1252. We
review de novo questions of law. *Pagayon
v. Holder*, 675 F.3d 1182, 1189 (9th Cir.
2011) (per curiam). We dismiss the peti-
tion for review.

We lack jurisdiction to review the agen-
cy's decision to deny Pereyra–Saavedra's
application for cancellation of removal, be-
cause his pleadings before the IJ establish
that he is an arriving alien who is inadmis-
sible under 8 U.S.C. § 1182(a)(2)(A)(i)(I)
due to his theft conviction under California
Penal Code § 487(c). *See* 8 U.S.C.
§§ 1101(a)(13)(C)(v), 1252(a)(2)(C); *see
also Pagayon*, 675 F.3d at 1189 (holding
that a petitioner's pleading-stage admis-
sions and concessions may be sufficient to
establish removability). Pereyra–Saave-
dra does not raise a colorable constitution-
al claim or question of law sufficient to
establish our jurisdiction under 8 U.S.C.
§ 1252(a)(2)(D). *See Mendez–Castro v.
Mukasey*, 552 F.3d 975, 978 (9th Cir.2009)
("To be colorable in this context ..., the
claim [or question] must have some possi-
ble validity." (internal quotation marks and
citation omitted)); *see also Sawyers v.
Holder*, 684 F.3d 911, 912 (9th Cir.2012)
(per curiam) (rejecting a petitioner's impu-
tation argument concerning his parent's
residence).

**PETITION FOR REVIEW DIS-
MISSED.**

---

\* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.